UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LISA KAYE GOLDEN<br><br>                                  Debtor.<br>―――――――――――――――――――<br>LISA KAYE GOLDEN,<br><br>                                  Appellant,<br>v.<br><br>JEFFREY ROGERS; RICHARD KIPPERMAN,<br><br>                                  Appellees. | Case Nos.: 21-CV-1279 TWR (NLS), 21-CV-1304 TWR (NLS), 21-CV-1306 TWR (NLS), 21-CV-1307 TWR (NLS), 21-CV-1308 TWR (NLS), 21-CV-1349 TWR (NLS), 21-CV-1351 TWR (NLS), 21-CV-1353 TWR (NLS), 21-CV-1461 TWR (NLS), 21-CV-1462 TWR (NLS), 21-CV-1463 TWR (NLS), 21-CV-1475 TWR (NLS)<br><br>Bankruptcy No.: 17-6928-MM7 & Adversary No. 18-90054-MM<br><br>**ORDER (1) ORDER DISMISSING ACTIONS FOR FAILURE TO PAY FILING FEE AND FAILURE TO COMPLY WITH THE COURT'S ORDER, AND (2) DENYING AS MOOT APPELLANT'S MOTIONS TO STAY AND TRUSTEE'S *EX PARTE* APPLICATION** |

On August 31, 2021, the Court issued an Order (the "August 31 Order") requiring Appellant Lisa Kaye Golden to pay the filing fee in the above-captioned bankruptcy

appeals[1] no later than September 14, 2021.  (*See, e.g.*, No. 21-CV-1279 TWR (NLS) ECF No. 7.)  The Court clearly indicated that, *"[s]hould Appellant fail timely to pay the filing fee in any of the Unpaid Appeals, the Court will dismiss those bankruptcy appeals without prejudice."* (*Id*. at 2 (emphasis in original).)  As of the date of this Order, no filing fee has been paid and no other filings have been made in any of the above-captioned bankruptcy appeals.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** each of the above-captioned bankruptcy appeals for failure to pay the requisite filing fee and for failure to comply with the Court's August 31 Order.  *See* S.D. Cal. CivLR 83.1(a).

In its August 31 Order, the Court also deferred ruling on Ms. Goldens Motions to Stay (ECF Nos. 4, 6) in Case No. 21-CV-1279 TWR (NLS) and Chapter 7 Trustee Richard M. Kipperman's Application for an Order Shortening Time for Hearing, if Necessary, and Expedited Review and Adjudication of Pending Appeal Due to: (1) Interlocutory Nature of Order Appealed; and (2) On Other Grounds ("*Ex Parte* App.," ECF No. 3) in Case No. 21-CV-1475 TWR (NLS) to afford Ms. Golden the opportunity to pay the requisite filing fee in those actions.  (*See* Aug. 31 Order at 3.)  Because the Court has dismissed those cases for failure to pay the filing fee, the Court **DENIES AS MOOT** Ms. Golden's Motions to Stay and the Trustee's *Ex Parte* Application.

**IT IS SO ORDERED.**

Dated:  September 15, 2021

Honorable Todd W. Robinson
United States District Court

---

[1] All references in this Order to the "above-captioned bankruptcy appeals" refer to these cases: 21-CV-1279 TWR (NLS); 21-CV-1304 TWR (NLS); 21-CV-1306 TWR (NLS); 21-CV-1307 TWR (NLS); 21-CV-1308 TWR (NLS); 21-CV-1349 TWR (NLS); 21-CV-1351 TWR (NLS); 21-CV-1353 TWR (NLS); 21-CV-1461 TWR (NLS); 21-CV-1462 TWR (NLS); 21-CV-1463 TWR (NLS); and 21-CV-1475 TWR (NLS).